IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BISMARK BOA-BONSU,

    Plaintiff-Petitioner,

v.

DEBORAH OWUSU,

    Defendant-Respondent.

Case No. 2:25-cv-00632

Judge Algenon L. Marbley
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before this Court on a Petition for the return of a child pursuant to the Convention on the Civil Aspects of International Child Abduction (the "Hague Convention") and the International Child Abduction Remedies Act, 22 U.S.C. § 9001, et seq. (ECF No. 1). At the time Plaintiff/Petitioner Bismark Boa-Bonsu ("Petitioner") initiated this action against Defendant/Respondent Deborah Owusu ("Respondent"), he also filed a Motion for Preliminary Injunction seeking to preserve the status quo while this Court considered the merits of the Petition. (ECF No. 4). Petitioner specifically requested an order prohibiting the removal of B.B. from this Court's jurisdiction. (*Id.*). He further requested that the matter proceed on an expedited basis and that this Court consolidate the preliminary injunction hearing with the trial on the merits. (*Id.*).

Upon the parties' consent, this Court consolidated the preliminary injunction hearing with the trial on the merits pursuant to Fed. R. Civ. P. 65(a)(2) and scheduled an expedited hearing on the merits. (ECF Nos. 18; 23). During the hearing, Petitioner and Respondent agreed to a preliminary injunction prohibiting the removal of the child from this Court's jurisdiction, pending the issuance of this Court's decision on the merits of the Petition.

Accordingly, the pending Motion for Preliminary Injunction (ECF No. 4) is **DENIED AS MOOT**, and, in accordance with the stipulated preliminary injunction, it is hereby **ORDERED** that the child, B.B., shall not be removed from the jurisdiction of this Court pending the issuance of this Court's findings of fact and conclusions of law resolving the Petition.

The parties are further **ORDERED** to file simultaneous post-trial briefs. These briefs shall include proposed findings of fact and proposed conclusions of law, each stated separately, in order to assist this Court in making a final ruling pursuant to Fed. R. Civ. P. 52(a)(1). The briefing schedule is as follows:

| | |
|---|---|
| **August 27, 2025**: | Parties shall file simultaneous Post-Trial Briefs including proposed findings of fact and conclusions of law. |
| **September 3, 2025**: | Parties shall file simultaneous Reply Briefs. |

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**DATE: August 13, 2025**